UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

**Lisa M. Schultz**
*individually and on behalf of all others similarly situated*

        -against-           Case Number: **21-cv-02244-RPK-ARL**

**Firstsource Advantage, LLC, et al**
-----------------------------------------------------------X

## NOTICE OF REMOTE ARBITRATION HEARINGS DURING COVID-19

    EDNY arbitrations may be conducted remotely during the Covid-19 Pandemic. The Arbitrator will provide the video conferencing platform for the arbitration. Select the arbitrator from the list of [EDNY Arbitrators](#) who are capable of conducting remote arbitrations.

To raise an objection to proceeding with remote arbitration, please file a letter on the docket, addressed to the assigned judge, stating the reasons you do not wish to proceed.

GUIDELINES FOR PARTICIPANTS IN REMOTE ARBITRATION

    Please review the [EDNY Remote Guidelines for Arbitration Participants.](#)